FILED
NOV 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

Donville James, Pro-Se
#14388-424
Greenville - FCI
P.O. Box 5000, Unit 2B
Greenville, IL 62246
        Plaintiff,

v.

U.S. SECRET SERVICE,
FEDERAL BUREAU OF INVESTIGATION,
Department of Justice
Washington, D.C. 20226,
        Defendant.

FREEDOM OF INFORMATION ACT LAWSUIT

CASE NUMBER   1:06CV01951

JUDGE: Gladys Kessler

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 11/15/2006

**COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF PERTAINING TO THE RECORDS OF DONVILLE JAMES**

COMES NOW, Plaintiff Donville James, proceeding Pro-Se, and as for his complaint against the above named defendants hereby claims and alleges the following:

1. Plaintiff Donville James, is a National of the United States of Illinois and a proper party of this action.

2. Defendant U.S. Secret Service, hereinafter "USSS" and defendant Federal Bureau of Investigation, hereinafter "FBI" is an "agency" governed by the Freedom of Information/Privacy Act, pursuant to Title 5 U.S.C. § 552 and 552(a).

3. This Court has jurisdiction and venue to entertain this suit under Title 5 U.S.C. §§ 552(a)(4)(B) of the Freedom of Information/Privacy Act.

-1-

RECEIVED
OCT 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Count I

1. By Freedom of Information and Privacy Act, hereinafter "FOIA/PA" requested on September 15th, 2005 Plaintiff requested from USSS disclosure of all investigative report name of all FBI Agents assigned to assist in the investigation of Plaintiff's criminal case. The specific records sought but were not limited to the complete file containing:

   a. Secret Service file, hereinafter "SSF" 1544 relating to file J-201-735-131941-S.

   b. Compact disc labeled with serial numbers 201-2002-CE-00042 which was inventoried in SSF 1544.

   c. Compact Disc labled with serial number 201-2002-CE-000446 which was inventoried in SSF 1544.

   d. Maxwell C45 Cassette Tape labled with serial number 201-2002-CE-000443 which was inventoried in SSF 1544.

   e. Maxwell mini Digital Video Cassette labled with serial number 201-2002-CE-000454 which was inventoried in SSF 1544.

   f. All other files and reports that were compiled by the Secret Service in Secret Service investigation of Plaintiff in file J-201-735-131941-S.

   g. All recorded conversations and/or transcripts of conversations in file SSF 1544; J-201-735-131941-S.

See: Exhibit - A.

2. On October 5th, 2005 defendant by letter acknowledged the receipt of Plaintiff's FOIA/PA request. See: Exhibit - B.

3. On November 10th, 2005 defendant by letter informed

Plaintiff that:

> "Reference is made to your FOIA/PA request which was originally submitted to the United States Secret Service on September 15th, 2005."

4. Defendant also informed Plaintiff in this same letter that:

> "Document(s) responsive to your request have been located and forwarded to this office for review. They will be processed in accordance with the FOIA, 5 U.S.C. 552 and/or Privacy Act, 5 U.S.C. 552(a), and mailed to you upon completion."

See: Exhibit - C.

5. On August 31st, 2006 Plaintiff by letter requested that Special Agent In Charge FOIA/PA Officer, Kathy J. Lyerly, to see if she could possibly expedite Plaintiff's FOIA/PA request.

6. As of the filing of this lawsuit, Plaintiff has not received a response to this plea for expediting his request. See: Exhibit D.

### Count II

1. By Freedom of Information and Privacy Act, request made in September of 2005, Plaintiff requested from Defendant FBI disclosure of all investigative reports, names of all FBI agents assigned to investigate Plaintiff's case, and/or otherwise as specifically requested in the following:

a. The date the Informant (Allen Dubon) first came in contact with the FBI.

b. Authorization of a joint FBI, Secret Service investigation of Plaintiff in Secret Service case #J-201-735-131941-S.

c. Record of all FBI investigations involing Donville James between August 2001 through March 2002.

d. Record of Allen Dubon's permission to the FBI for the FBI to record phone conversations between himself and Plaintiff in case #J-20107350131941-S or in any other investigation done by the FBI involving the Plaintiff.

e. Record of Allen Dubon's permission to the FBI for them to place a recording and a transmitting device on Allen Dubon's body to record conversations between Allen Dubon and Plaintiff in case #J-201-735-131941-S or in any other investigations done by the FBI involving the Plaintiff.

f. Record of all agreements between Allen Dubon and the FBI for Allen Dubon's cooperation with the FBI, to include case #J-201-735-131941-S, and all other cases in which Allen Dubon cooperated in with the FBI.

g. All FBI reports compiled by Special Agent Frank Sodetz involving Plaintiff between August 2001 through March 2002.

h. All FBI reports compiled by SA Frank DePodesta involving Plaintiff between August 2001 through March 2002.

i. FBI summary reports on FBI transfer of the investigation involving Plaintiff over to the Secret Service on February 8th, 2002, or at any other date.

j. Authorization for SA Frank DePodesta to investigate Plaintiff after February 8th, 2002.

k. Name of supervisor who gave SA Frank DePodesta authorization to investigate Plaintiff after February 8th, 2002.

l. All recorded conversations and/or transcripts of conversations between Plaintiff and Allen Dubon between August 2001 and March 2002.

-4-

    m.    File #281C-CG-117362-BCI, and file #270-CG-117142-A in FBI investigation of Plaintiff.

See: Exhibit E.

2. On October 11th, 2005 Defendant by letter acknowledged the receipt of Plaintiff's FOIA/PA request. See Exhibit F.

3. On December 14th, 2005 Defendant by mail sent Plaintiff documents that did not have nothing to do with the Plaintiff's request.

4. Defendant stated in the December 14th, 2005 letter that "77 page(s)" of document(s) "were reviewed and only "13 page(s) are being released".

5. Defendant stated in the December 14th, 2005 letter that "deletions have been made to protect information which is exempt from disclosure."

WHEREFORE, Plaintiff prays for the following relief:

1. That all the requested material is discovery material in a ciminal case and are not exempt from the public. And that declaratory relief in that Defendant USSS, and FBI, be declared in violation of the FOIA/PA;

2. Injunctive relief in that Defendant USSS, and FBI, be ordered to provide Plaintiff access to all the requested records;

-5-

3. That these proceedings be expedited according to FOIA/PA laws;

4. That sanctions be imposed against those found to knowingly and willingly deprive Plaintiff of his due access;

5. That Defendant USSS, and FBI both be ordered to provide a full Vaughn Itemization and Indexing with justification by sworn affidavit for records yet to be withheld;

6. Any further relief this Honorable Court deems just and proper;

7. Grant Plaintiff's attorney fees/research fees/clerical fees he incurred.


Dated, September 14th, 2006.


Respectfully Submitted,

_____  9/14/06
Donville, James, Pro-Se
#14388-424
Greenville-FCI
P.O. Box 5000, Unit 2B
Greenville, Illinois 62246

AGENCY:/DEPARTMENT:

Department Of Homeland Security
U.S. Secret Service
FOIA/PA Officer

TO:
FOIA/PA Officer
Department of Homeland Security
U.S. Secret Service
Suit 900
525 West Van Buren
Chicago, Illinois 60607

DIRECT RESPONSE TO:

Donville James
FCI Greenville
P.O. Box 5000 #2B
Greenville, Illinois 62246
IDENTIFICATION OF RESQUESTER:
In accordance with CRF § 16.41(d)

NAME:    Donville James
ADDRESS: FCI Greenville
         P.O. Box 5000 #2B
         Greenville, Ill 62246
DOB:     11/24/70
PLACE OF
BIRTH:   Kingston, Jamaica
EMPLOYEE
I.D.
NUMBER:  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

RE: DISCLOSURE OF ALL INVESTIGATIVE REPORT, NAME OF ALL F.B.I AGENTS ASIGNED TO INVESTIGATE DEFENDANT'S CASE, OR OTHERWISE AS REQUESTED BELOW - DONVILLE JAMES - Case No. 02 CR 278
Date 10/25/05

Dear     Sir/Mam     :

   This request is made pursuantto the provision of the Freedom of Information act 5 U.S.C. §552 and the Privacy Act 5 U.S.C. § 552a (d)(1) for a full disclosure and release of all records and/or data contained in the files of your Department and/or Agency under my name and/or identifier to my name.
   The records sought specifically but not limited to are the compile file containing:

1. The compile Secret Service file (SSF) 1544 relating to File J-201-735-131941-S.

2. Compact Disc labled with serial number 201 2002 CE 000442 which was inventoried on SSF 1544.

3. Compact Disc labled with serial number 201 2002 CE 000446 which was inventoried on SSF 1544.

4. Maxwell C45 cassette tape labled with serial number 201 2002 CE 000443 which was inventoried on SSF 1544.

06 1951

**FILED**
NOV 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT - A

5. Maxwell Mini Digital Video cassette labled with serial number 201 2002 CE 000454 which was inventoried on SSF 1544.

6. All other files and report that were compiled by the Secret service in secret service investigation of Donville James in file J-201-735-131941-S.

7. All recorded conversation and/or transcripts of conversations in file SSF 1544; J-201-735-131941-S

File # J-201-735-131941-S contains materials in secret service investigation of Donvicce James from February 8, 2002 through march 26, 2002 in the Northern District of Illinois.

If the information, records and/or data requested are placed, filed, secured and/or held in a separate, different and/or distinct file by or under another name, number or identifier other than the case docket number and/or identifier(s) Listed above I authorize and request your Department and/or Agency to open and/or access that file for all the information, records and/or data requested herein.

It is further requested that your Department and/or Agency in response to all the information requested, specifically inform me if and to what governmental body and/or to whom and/or what "person" previously described, has been released and/or disclosed any of the information and/or material herein, title purpose and need for such information and/or material, the date of release, and the specific information and/or material released and/or disclosed such information and/or material and the specific reference to authority, statute or regulation governing such release and/or disclosure 5 U.S.C § 552a(b)(1)---(12), (c)(1)---(4), or law, Abraham & Rose, P.L.C. v. U.S. 138 F.3d 1075 (1998); Ray v. Dept. of Justice 720 F.2d (1983).

Your Department and/or Agency is advised that the information, data or report in total no longer accord exempt status unless under spesific exemptions noted, and only with reference to specific citation of authority, Nemetz v. Department of Treasury, 446 F.Supp. 102 (1987); Akins v. Federal Election Com'n, 101 F.3d 731 (1996); Gummoc v. Gore, 180 F.3d 282 (1999); Solar Source Inc v. U.S., 142 F.3d 1033 (1998).

I agree to pay any reasonable costs or fees applicable to this request, above and/or beyond the specified allotment of cost or fees applicable at no charge pursuant to The Uniform Practices Code, The OMB Uniform FOIA fee Schedule & Guidelines § 6(b) Fed Reg 10017, in copliance with 31 U.S.C. § 9701, or if I, an considered indigent, I ask that your Department and/or Agency wave all charges pursuant to 5 U.S.C. §552a(i)(3) st seq.

Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), it is noted that your Department and/or Agency has ten (10) working days following receipt of this request to provide me this information and/or material sought. Should any delay occur, it is requested that your Department and/or Agency inform me of this delay as privided by 5 U.S.C. § 552(A)(6)(B), and the sate when your Department and/or Agency will be able to act. In the event that I do not receive the response in the specified time provided by statute, I will then be forced topursue other remedy, Public Citizen v. F.T.C. 869 F.2d 1541 (1989); Blazy v. Tenet, 194 F.3d 90 (1999); GMRI Inc. v. E.E.O.C., 149 F.3d 449 (1998).

I certified under penalty of perjury under the laws of The United States of America in the nature of [28 U.S.C. § 1746(1)], that I have read the foregoing request for information and know the content therof, and that the information listed above is true, correct and complete to the best of my ability.

Executed this _____ dayof _____, 2005

_____
Donville James, Requester.



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, D.C. 20223

Donville James
#14388-424
Federal Correctional Institution
P.O. Box 5000, 2-B
Greenville, IL 62246

OCT 5 2005

File Number: 20050573

Dear Requester:

This letter is intended to acknowledge the receipt of your recent Freedom of Information/Privacy Acts request received by the United States Secret Service on September 15, 2005, for information pertaining to yourself.

The acknowledgement of the Freedom of Information and/or Privacy Acts request for access to records is considered an agreement by you to pay all applicable fees charged up to $25.00 pursuant to Department of Homeland Security Disclosure Regulations. You may specify a willingness to pay a greater or lesser amount for your information.

A search for files responsive to your request is being conducted. When the results of the search are known, you will be notified.

Please use the file number indicated above in all future correspondence with this office.

We solicit your cooperation and assure you that the search will be conducted as expeditiously as possible.

Sincerely,

Kathy J. Lyerly
SAIC
Freedom of Information &
Privacy Acts Officer

06 1951
**FILED**
NOV 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT - B



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, D.C. 20223

NOV 1 0 2005

Donville James
#14388-424
F.C.I Greeville
P.O. Box 5000, 2-B
Greenville, IL 62246

File Number: 20050573

Dear Requester:

Reference is made to your Freedom of Information and/or Privacy Act request which was originally submitted to the United States Secret Service on September 15, 2005.

Reference is made to all of our previous correspondence regarding your request.

Document(s) responsive to your request have been located and forwarded to this office for review. They will be processed in accordance with the Freedom of Information Act, 5 U.S.C. 552, and/or the Privacy Act, 5 U.S.C. 552a, and mailed to you upon completion.

Due to the increasing number of Freedom of Information and Privacy Acts requests received by this office, we may encounter some delay in processing your request. However, we will process your request as expeditiously as possible. Requests are processed in chronological order based on the date we were in receipt of a perfected request.

Your continued patience is appreciated.

Sincerely,

Kathy J. Lyerly
Special Agent In Charge
Freedom of Information &
Privacy Acts Officer

06 1951

**FILED**

NOV 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT - C

To: Kathy J. Lyerly
    Special Agent In Charge
    Freedom of Information and
    Privacy Acts Officer


Dear Mrs. Lyerly,

    My file number which was assigned to my request is #20050573. I was notified by your office that document(s) responsive to my request for FOIA/PA information has been located and was forwarded to your office for review. This notification by your office was in response to a request that I made upon the United States Secret Service on September 15, 2005. Your notification was stamped with a November 10, 2005 date, which I received on November 12, 2005.

    It has been almost ten months and I have not received the requested information. It is understandable that your department does encounter delays due to the amount of requests your office has to handle. This is my plea to you Mrs. Lyerly, could you please do an inquiry into my request to see if there is any way possible for my request to be expedited.

                                Sincerely,

August 31, 2006
    Date
                            Donville James
                            #14388-424
                            FCI Greenville
                    P.O. Box 5000, Unit 2B
                    Greenville, Il 62246

06 1951
**FILED**
NOV 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT - D

AGENCY:/DEPARTMENT:                          DIRECT RESPONSE TO:

Federal Bureau of investigation              Donville James
FOIA/PA Officer                              FCI Geeenville
                                             P.O. Box 5000  #2B
                                             Greenville, Illinois 62246
TO:                                          IDENTIFICATION OF RESQUESTER:
FOIA/PA Officer                              In accordance with CRF § 16.41(d)
Federal Bureau of investigation
219 S. Deardorn St
Chicago, Illinois 60604                      NAME:     Donville James
                                             ADDRESS:  FCI Greenville
                                                       P.O. Box 5000  #2B
                                                       Greenville, Ill 62246
                                             DOB:      11/24/70
                                             PLACE OF
                                             BIRTH:    Kingston, Jamaica
                                             EMPLOYEE
                                             I.D.
                                             NUMBER:   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


RE: DISCLOSURE OF ALL INVESTIGATIVE REPORT, NAME OF ALL F.B.I
AGENTS ASIGNED TO INVESTIGATE DEFENDANT'S CASE, OR OTHERWISE
AS REQUESTED BELOW - DONVILLE JAMES - Case No. 02 CR 278
Date 10/25/05

Dear   Sir/Mam                  :

   This request is made pursuantto the provision of the Freedom
of Information act 5 U.S.C. §552 and the Privacy Act 5 U.S.C. § 552a
(d)(1) for a full disclosure and release of all records and/or data
contained in the files of your Department and/or Agency under my name
and/or identifier to my name.
   The records sought specifically but not limited to are the
compile file #281-CG-117362-BCI; 270F-CG-117142-A:

1. The date Allen Dubon first came in contacted with the F.B.I.

2. Autherization of a joint F.B.I, Secret servise investigation of
   Donville James in Secret Service case # J-201-735-131941-S.

3. Record of all F.B.I investigation involving Donville James
   between August 2001 through March 2002.

4. Record of Allen Dubon's permission to the F.B.I for the F.B.I to
   record phone conversation between Allen Dubon and Donville James
   in case # J-2010735013l941-S or in any other investigation done by
   the F.B.I involving Donville James.

FILED

NOV 1 5 2006

EXHIBIT - E   NANCY MAYER WHITTINGTON, CLERK
              U.S. DISTRICT COURT

06 1951

5. Record of Allen Dubon's permission to the F.B.I for the F.B.I to place a recording and transmitting device on Allen Dubon's body to record conversation between Allen Dubon and Donville James in case # J-201-735-131941-S or in any other investigation done by the F.B.i involving Donville James.

6. Record of all agrement between Allen Dubon and F.B.I for Allen Dubon's coperation with the F.B.I, to include case # J-201-735-131941-S, and all other case inwhich allen Dubon coperated in with the F.B.I.

7. All F.B.I reort compiled by SA Frank Sodetz involving Donville James between August 2001 through March 2002.

8. All F.B.I report conpoled by SA Frank Depodesta invovling Donville James between August 2001 through March 2002.

9. F.B.I summory report on F.B.I transfer of the investigation involving Donville James over to the Secret Service on February, 8, 2002, or at any other date.

10. Authorization for SA Frank Depodesta to investigat Donville James after February 8, 2002.

11. Name of suppervisor who gave SA Frank Depodesta authorization to investigate Donville James after February 8, 2002.

12. All recorded conversation and/or transcripts of conversation between Donville James and Allen Dubon between August 2001 and March 2002.

File # 281C-CG-117362-BCI, and file # 270-CG-117142-A contains material in the F.B.I investigation of Donville James from approximately August 2001 through March 2002. The investigation of Donville James took place in the Norther District of Illinois approximately between August 2001 through February 8,2002.

If the information, records and/or data requested are placed, filed, secured and/or held in a separate, different and/or distinct file by or under another name, number or identifier other than the case docket number and/or identifier(s) Listed above I authorize and request your Department and/or Agency to open and/or access that file for all the information, records and/or data requested herein.

It is further requested that your Department and/or Agency in response to all the information requested, specifically inform me if and to what governmental body and/or to whom and/or what "person" previously described, has been released and/or disclosed any of the information and/or material herein, title purpose and need for such information and/or material, the date of release, and the specific information and/or material released and/or disclosed such information and/or material and the specific reference to authority, statute or regulation governing such release and/or disclosure 5 U.S.C § 552a(b)(1)---(12), (c)(1)---(4), or law, Abraham & Rose, P.L.C. v. U.S. 138 F.3d 1075 (1998); Ray v. Dept. of Justice 720 F.2d (1983).

Your Department and/or Agency is advised that the information, data or report in total no longer accord exempt status unless under spesific exemptions noted, and only with reference to specific citation of authority, Nemetz v. Department of Treasury, 446 F.Supp. 102 (1987); Akins v. Federal Election Com'n, 101 F.3d 731 (1996); Gummoc v. Gore, 180 F.3d 282 (1999); Solar Source Inc v. U.S., 142 F.3d 1033 (1998).

I agree to pay any reasonable costs or fees applicable to this request, above and/or beyond the specified allotment of cost or fees applicable at no charge pursuant to The Uniform Practices Code, The OMB Uniform FOIA fee Schedule & Guidelines § 6(b) Fed Reg 10017, in copliance with 31 U.S.C. § 9701, or if I, an considered indigent, I ask that your Department and/or Agency wave all charges pursuant to 5 U.S.C. §552a(i)(3) st seq.

Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), it is noted that your Department and/or Agency has ten (10) working days following receipt of this request to provide me this information and/or material sought. Should any delay occur, it is requested that your Department and/or Agency inform me of this delay as privided by 5 U.S.C. § 552(A)(6)(B), and the sate when your Department and/or Agency will be able to act. In the event that I do not receive the response in the specified time provided by statute, I will then be forced topursue other remedy, Public Citizen v. F.T.C. 869 F.2d 1541 (1989); Blazy v. Tenet, 194 F.3d 90 (1999); GMRI Inc. v. E.E.O.C., 149 F.3d 449 (1998).

I certified under penalty of perjury under the laws of The United States of America in the nature of [28 U.S.C. § 1746(1)], that I have read the foregoing request for information and know the content therof, and that the information listed above is true, correct and complete to the best of my ability.

Executed this _____ dayof _____, 2005

Donville James, Requester.



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

October 11, 2005

MR DONVILLE JAMES
**14388-424
UNIT 2B
POST OFFICE BOX 5000
GREENVILLE, IL 62246

Request No.: 1030515- 000
Subject: JAMES, DONVILLE

Dear Mr. James:

☒ This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request. Your request was forwarded to FBI Headquarters from the Chicago Field Office.

☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☐ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐ Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

06 1951

**FILED**

NOV 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT - F

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

06-1951
GK

## I (a) PLAINTIFFS

Donville James

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PR

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 14388-424

## DEFENDANTS

U.S. SECRET SRVC. ETAL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

CASE NUMBER  1:06CV01951

JUDGE: Gladys Kessler

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 11/15/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☒ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(4)

| ☐ G. *Habeas Corpus/ 2255* <br> ☐ 530 Habeas Corpus-General <br> ☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination* <br> ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT* <br> ☐ 895 Freedom of Information Act <br> ☐ 890 Other Statutory Actions (if Privacy Act) <br><br> *(If pro se, select this deck)* | ☐ J. *Student Loan* <br> ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)* <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Mgmt. Relations <br> ☐ 730 Labor/Mgmt. Reporting & Disclosure Act <br> ☐ 740 Labor Railway Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)* <br> ☐ 441 Voting (if not Voting Rights Act) <br> ☐ 443 Housing/Accommodations <br> ☐ 444 Welfare <br> ☐ 440 Other Civil Rights <br> ☐ 445 American w/Disabilities-Employment <br> ☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract* <br> ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholder's Suits <br> ☐ 190 Other Contracts <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | ☐ N. *Three-Judge Court* <br> ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 – F.O.I.A.

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  **DEMAND $** 0  Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

**DATE** 11/15/06   **SIGNATURE OF ATTORNEY OF RECORD** NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd