UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONVILLE JAMES ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES SECRET SERVICE ) <br> FEDERAL BUREAU OF INVESTIGATION ) <br> DEPARTMENT OF JUSTICE ) <br> Defendants. ) <br> ) | Civ. No. 06-1951 (GK) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Benton Peterson as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____
Benton G. Peterson, Bar No. 1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238
Benton.Peterson@usdoj.gov