UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONVILLE JAMES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-1951 (GK) |
| | ) | |
| UNITED STATES SECRET SERVICE | ) | |
| FEDERAL BUREAU OF INVESTIGATION | ) | |
| DEPARTMENT OF JUSTICE | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. Rule 6(1), Defendants move for a thirty day enlargement of time to file their Answer or other response to Plaintiff's Complaint.  Because Plaintiff is a prisoner appearing *pro se*, counsel for Defendants have not contacted him regarding this motion.[1]

Defendants' Answer is currently due on December 20, 2006.  However, the undersigned counsel has just learned that due to an administrative error, Plaintiff's Complaint was not received by either the Federal Bureau of Investigation or the Department of Justice.  Accordingly, neither the Federal Bureau of Investigation or the Department of Justice have had an opportunity to review the Complaint or the administrative record.  Thus, Defendants need additional time to prepare its response to Plaintiff's Complaint.

For the foregoing reasons Defendants move for thirty additional days to file his

---

[1]  Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*."  It does not require counsel to discuss those motions with *pro se* parties.  Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a), which excludes prisoner *pro se* parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

dispositive motion or response up to and including January 22, 2007.

Dated: December 18, 2006

Respectfully submitted,

_____
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney

_____
RUDOLPH  CONTRERAS, Bar # 434122
Assistant United States Attorney

_____
BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. B Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 **Benton.Peterson@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was served this 18th  day of December, 2006,

and by first class U.S. mail, postage pre-paid to:


Donville James
#14388-424
Greenville-FCI
P.O. Box 5000, Unit 2b
Greenville, IL. 62246



```
                          /S/
_____
BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building, 10th Floor
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7238
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONVILLE JAMES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-1951 (GK) |
| | ) | |
| UNITED STATES SECRET SERVICE | ) | |
| FEDERAL BUREAU OF INVESTIGATION | ) | |
| DEPARTMENT OF JUSTICE | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER

    UPON CONSIDERATION of Defendants' request for an enlargement of time to file their

response by January 22, 2007, it is hereby **ORDERED** that the motion is **GRANTED**.

    **SO ORDERED**, on this _____ day of _____, 2005.


_____
United States District Court Judge