UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONVILLE JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06 CV 1951 |
| | ) | (GK) |
| U.S. SECRET SERVICE and | ) | |
| FEDERAL BUREAU OF INVESTIGATION | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**ANSWER**

Defendants, by and through their undersigned counsel, hereby answers the Complaint under the Freedom of Information Act (Complaint) of plaintiff as follows.  Defendants deny each and every allegation of the Complaint not expressly admitted in this Answer.

FIRST DEFENSE
The complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

Pursuant to 5 U.S.C. § 552(f)(1), the named defendants are not proper party defendants to this action.

THIRD DEFENSE

In response to the specific allegations of the complaint, defendants state as follows:

1.  Defendants lack information to admit or deny paragraph 1,  except to admit that plaintiff is a US citizen and is currently a resident of Illinois.

2.  Defendants deny the allegations in paragraph 2.[1]

---

[1] Defendants aver that the only proper defendant under the FOIA is the agency rather than a component of the agency.  5 U.S.C.  552(a)(4)(B); 5 U.S.C.  552(f)(1).

3. Defendants admit that this Honorable Court has jurisdiction and venue to entertain the instant lawsuit.

## Count I

1. Defendant United States Secret Service, denies the allegation of paragraph 1 of Count I, except to admit that plaintiff sent a Freedom of Information and Privacy Act request dated September 24, 2005, to the Chicago Field Office of the United States Secret Service, for the records outlined in the the complaint as sub-paragraphs 1) a. through 1)g within Count I.  Specifically:

a.  Defendant  United States Secret Service admits plaintiff made the specific request in  sub-paragraph "a" in his Freedom of Information and Privacy Act request to Defendant United States Secret Service;

b.  Defendant United States Secret Service admits plaintiff made this specific request in  sub-paragraph "b" in his Freedom of Information and Privacy Act request to Defendant United States Secret Service;

c.  Defendant United States Secret Service admits plaintiff made this specific request in  sub-paragraph "c" in his Freedom of Information and Privacy Act request to Defendant United States Secret Service;

d.  Defendant United States Secret Service admits plaintiff made this specific request in  sub-paragraph "d" in his Freedom of Information and Privacy Act request to Defendant United States Secret Service;

e.  Defendant United States Secret Service admits plaintiff made this specific request in  sub-paragraph "e" in his Freedom of Information and Privacy Act request to Defendant United States Secret Service;

f.  Defendant United States Secret Service admits plaintiff made this specific request in  sub-

paragraph "f" in his Freedom of Information and Privacy Act request to Defendant United States Secret Service;

g. Defendant United States Secret Service admits plaintiff made this specific request in sub-paragraph "g" in his Freedom of Information and Privacy Act request to Defendant United States Secret Service;

Defendants further aver that this request was received by the Chicago Field Office on September 30, 2005, and by the FOI/PA of the Secret Service on October 19, 2005.

2.  Defendant United States Secret Service denies the allegation of paragraph 2 of Count I, except to admit that the FOI/PA Office of the Secret Service sent a letter dated October 5, 2005, to the plaintiff acknowledging receipt of plaintiff's FOI/PA request, that was in response to a FOI/PA request submitted by defendant dated August 17, 2005, and received by the Secret Service on September 15, 2005.

3.  Defendant United States Secret Service admits paragraph 3 of Count I.

4.  Defendant United States Secret Service admits paragraph 3 of Count I.

5.  Defendant United States Secret Service admits paragraph 3 of Count I.

6.  Defendant United States Secret Service admits paragraph 3 of Count I.

## Count II

1.  Defendant FBI admits that in approximately September 2005, it received a Freedom of Information and Privacy Act request from plaintiff, requesting all investigative reports, names of all FBI agents assigned to investigate Plaintiff's case, as well as the specific request outlined in sub-paragraph 1) "a" through 1) "m" within Count II of his request in his Freedom of Information and Privacy Act request to Defendant FBI.  Specifically:

a.  Defendant FBI admits plaintiff made the specific request in sub-paragraph "a" in his

Freedom of Information and Privacy Act request to Defendant FBI;

b.   Defendant FBI admits plaintiff made this specific request in  sub-paragraph "b" in his Freedom of Information and Privacy Act request to Defendant FBI;

c.   Defendant FBI admits plaintiff made this specific request in  sub-paragraph "c" in his Freedom of Information and Privacy Act request to Defendant FBI;

d.   Defendant FBI admits plaintiff made this specific request in  sub-paragraph "d" in his Freedom of Information and Privacy Act request to Defendant FBI;

e.   Defendant FBI admits plaintiff made this specific request in  sub-paragraph "e" in his Freedom of Information and Privacy Act request to Defendant FBI;

f.   Defendant FBI admits plaintiff made this specific request in  sub-paragraph "f" in his Freedom of Information and Privacy Act request to Defendant FBI;

g.   Defendant FBI admits plaintiff made this specific request in  sub-paragraph "g" in his Freedom of Information and Privacy Act request to Defendant FBI;

h.   Defendant FBI admits plaintiff made this specific request in  sub-paragraph "h" in his Freedom of Information and Privacy Act request to Defendant FBI;

i.   Defendant FBI admits plaintiff made this specific request in  sub-paragraph "i" in his Freedom of Information and Privacy Act request to Defendant FBI;

j.   Defendant FBI admits plaintiff made this specific request in  sub-paragraph "j" in his Freedom of Information and Privacy Act request to Defendant FBI;

k.   Defendant FBI admits plaintiff made this specific request in  sub-paragraph "k" in his Freedom of Information and Privacy Act request to Defendant FBI;

l.   Defendant FBI admits plaintiff made this specific request in  sub-paragraph "l" in his Freedom of Information and Privacy Act request to Defendant FBI;

m.  Defendant FBI admits plaintiff made this specific request in sub-paragraph "m" in his Freedom of Information and Privacy Act request to Defendant FBI.

2.  Defendant FBI admits that it sent plaintiff a letter acknowledging receipt of plaintiff's Freedom of Information and Privacy Act request, bur avers that the date of the letter was October 10, 2005.

3.  Defendant FBI denies the allegations in paragraph 3 within Count II, except to admit that under cover of a letter dated December 14, 2005, Defendant FBI sent plaintiff documents. Defendant FBI further avers that these documents were responsive to plaintiff's request.

4.  Defendant FBI admits that the December 14, 2005 letter indicated that 77 pages were reviewed and that 13 pages were released to plaintiff in response to this Freedom of Information and Privacy Act request.

5.  Defendant FBI admits that the December 14, 2005 letter indicated that deletions were made to protect information which is exempt from disclosure.

The remainder of the complaint is a demand for judgment and prayer for relief in the plaintiff's complaint, which requires no answer.  To the extent that an answer is deemed required, defendants deny that the plaintiff is entitled to the relief requested or any relief whatsoever. Defendants deny each and every allegation set forth in plaintiff's complaint not specifically admitted herein.

WHEREFORE, having fully answered, defendant respectfully requests that the Court dismiss the Complaint with prejudice and award defendant such further relief as the Court may deem appropriate.

Respectfully submitted,

_____

JEFFREY A. TAYLOR, BAR # 498610
United States Attorney


_____

RUDOLPH  CONTRERAS, Bar # 434122
Assistant United States Attorney


_____

BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.  Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
**Benton.Peterson@usdoj.gov**

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing  was served upon plaintiff by depositing a copy of it in the U.S.

Mail, first class postage prepaid, addressed to:

> Donville James, Pro se
> #14388-424
> Greenville- FCI
> P.O. Box 5000, Unit 2b
> Greenville, IL. 62246

on this_25th_ day of January 2007.


_____
BENTON G. PETERSON
ASSISTANT U.S. ATTORNEY