UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONVILLE JAMES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1951 (GK) |
| U.S. SECRET SERVICE, et al., | ) |
| Defendants. | ) |

ORDER

In accordance with the Memorandum Opinion issued this 23rd day of July, 2007, it is

ORDERED that Defendants' motion for summary judgment [10] is **GRANTED**. It is

FURTHER ORDERED that judgment is entered in favor of Defendants.

This is a final appealable order. *See* Fed. R. App. P. 4(a).


/s/
Gladys Kessler
United States District Judge